# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANGELA WILLIAMS** | * | |
| | * | **CIVIL ACTION** |
| *Plaintiff,* | * | |
| | * | |
| **VERSUS** | * | **NO.:** |
| | * | |
| **MAGNOLIA COMMUNITY SERVICES, INC.** | * | |
| | * | **JUDGE:** |
| *Defendant* | * | |
| | * | **MAGISTRATE:** |
| * * * * * * * | | |

## NOTICE OF REMOVAL

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

**NOW COMES** Defendant, Magnolia Community Services, Inc., who respectfully removes this action from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, pursuant to 28 U.S.C. § 1446. In support of this Notice of Removal, Defendant respectfully avers:

### I.   THE STATE COURT ACTION

1. Defendant is named in a civil suit filed in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, entitled "Angela Williams v. Magnolia," bearing Civil Action No. 822-675, Division "E," on the docket of that court. The entire state court record, including Plaintiff's Petition for Damages, is attached hereto as Exhibit "1."

2. In the state court action, Plaintiff Angela Williams alleges that she worked for Defendant from September 18, 2013 until she was constructively terminated on April 16, 2021.[1]

---

[1] Ex. 1 at Pet. ¶¶ 5, 16.

Plaintiff, an African American female, alleges that during her employment, Defendant began to systematically push its African American employees out and/or began to treat them differently than its white employees based on race alone;[2] African American employees were replaced by newly hired white employees;[3] African American employees received harsher disciplinary actions;[4] Plaintiff was called derogatory and racial slurs by her supervisor, which were not reported;[5] and Plaintiff was constructively terminated due to a hostile work environment because of her race and her sex.[6]

3. Based on the foregoing factual allegations, Plaintiff purports to assert claims against Defendant for discrimination and retaliation pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000E;[7] discrimination and retaliation pursuant to 42 U.S.C. § 1983;[8] discrimination and retaliation pursuant to the Louisiana Employment Discrimination Law, La. R.S. § 23:332;[9] and violations of the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq.*..[10]

4. Defendant was served with suit on November 22, 2021.

5. Upon information and belief, Defendant is the only defendant in this action that has been joined and served.

---

[2] Exhibit 1, Pet. ¶ 9.
[3] *Id*. at ¶ 10.
[4] *Id*. at ¶ 11.
[5] *Id*. at ¶ 12.
[6] *Id*. at ¶ 14.
[7] *Id*. at ¶¶ 21-34.
[8] *Id*. at ¶¶ 35-49.
[9] *Id*. at 50-51.
[10] *Id*. at ¶¶ 52-61.

## II.     REMOVAL IS BOTH TIMELY UNDER 28 U.S.C. § 1446 AND PROPER AS THIS COURT HAS SUBJECT MATTER JURISDICTION PURSUANT TO 28 U.S.C. § 1331 and 28 U.S.C. § 1367.

6. This matter is being removed within thirty days of Defendant's first receipt of Plaintiff's Petition for Damages seeking to commence this action against it.[11]

7. It is an action in which this Court has original jurisdiction under 28 U.S.C. § 1331, as it asserts claims pursuant to Title VII of the Civil Rights Act, 42 U.S.C. § 1983, and the federal Family and Medical Leave Act, which claims arise under the laws of the United States.

8. The Court enjoys supplemental jurisdiction over Plaintiff's remaining claims pursuant to 28 U.S.C. § 1367, because Plaintiff's claims all are based on the same set of underlying facts and form part of the same case or controversy.

9. In light of the foregoing, this action may be removed pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446.

10. This Court embraces the locality in which the state court action is now pending and, thus, is a proper forum for this action pursuant to 28 U.S.C. § 1441(a).

11. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on all adverse parties, and a copy is being filed with the Clerk of the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana.[12]

---

[11] *See* 28 U.S.C § 1446(b)(2)(B) and Fed. R. Civ. P. 6(a).
[12] *See* Notice to State Court of Removal, filed herein as Exhibit "2."

**WHEREFORE,** Defendant Magnolia Community Services, Inc. removes this action, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to this Honorable Court.

Respectfully submitted,

**ADAMS AND REESE LLP**

/s *Elizabeth A. Roussel* .
ELIZABETH A. ROUSSEL (#27943)
ERICA P. SENSENBRENNER (#38400)
701 Poydras Street, Suite 4500
New Orleans, LA   70139
Telephone:  (504) 581-3234
Facsimile: (504) 566-0210
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been delivered to all counsel of record, by depositing a copy of same in the United States mail, first class postage prepaid at their last known address of record, or by electronic mail, or by ECF Notice, or by facsimile transmission or by hand delivery today, the 30th day of November, 2021.

/s *Elizabeth A. Roussel*