MINUTE ENTRY
LEMELLE, J.
MARCH 29, 2022

JS10:  00:49

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANGELA WILLIAMS | CIVIL ACTION |
| VERSUS | NO. 21-2200 |
| MAGNOLIA COMMUNITY SERVICES, INC. ET AL | SECTION: B (5) |

## MOTION HEARING VIA VIDEO CONFERENCE

Courtroom Deputy: Dena White
Court Reporter:    Cathy Pepper

APPEARANCES:   Leo Callier, III, Counsel for Plaintiff
VIA VIDEO      Elizabeth Roussel, Counsel for Defendant

**Motion to Dismiss for Failure to State a Claim (9)**
**Motion to Dismiss Amended Complaint (21)**

Case called; all present and ready.
Court states the status of the case.
Court questions counsel for plaintiff and defendant.
Motion to Dismiss for Failure to State a Claim (9) taken under advisement.
Motion to Dismiss Amended Complaint (21) taken under advisement.
No later than April 19, 2022, Plaintiff shall file a Second Amended and Supplemental Complaint.
Defendant shall file a response, if any, to Plaintiff's Second Amended and Supplemental Complaint within fifteen (15) days of receipt of same.
Court adjourned.